

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHNNY GREEN, JR., | § | No. 08-11-00317-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 372nd District Court |
| THE STATE OF TEXAS, | § | |
| | | of Tarrant County, Texas |
| Appellee. | § | |
| | | (TC# 1199474D) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect the fine of $10,000 as assessed by the jury. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF NOVEMBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.